**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**Michelle Ann O'Quinn**<br>6230 Fairmount Hwy SE<br>Calhoun, GA 30701–4015<br><br>**xxx–xx–9103** | Case No.: **21–40721–pwb**<br>Chapter: **7**<br>Judge: **Paul W. Bonapfel** |

## NOTICE OF DEBTOR'S REQUEST FOR DISMISSAL

   **NOTICE IS HEREBY GIVEN** that the above−named debtor(s) has requested dismissal of this bankruptcy case pursuant to 11 U.S.C. § 707.

   Any objections to dismissal must be filed with the Clerk of Court in writing, stating the reasons for said objection, within twenty−one (21) days from the date of this notice. If no objections are timely filed, an Order of Dismissal may be entered without further notice or hearing.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  July 22, 2021

Form 7nr