**IT IS ORDERED as set forth below:**



Date: October 4, 2021

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 21-40721-PWB |
| | : | |
| MICHELLE ANN O'QUINN, | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### O R D E R

The Debtor having filed a Motion to Voluntarily Dismiss her Chapter 7 case without Prejudice, on August 5, 2021, Document No. 14, and notice and opportunity to be heard requirements having been met,

**IT IS THE ORDER OF THE COURT** that the above-styled Chapter 7 case be, and the same is hereby **DISMISSED**.

The Clerk is directed to serve copies of this Order on the Debtor, Debtor's Attorney, Chapter 7 Trustee, U.S. Trustee and all parties and creditors.

END OF DOCUMENT